IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**EDWARD ALLAN WATTS**                                                              **PLAINTIFF**

**V.**                         **CASE NO. 2:25-CV-2109**

**UNITED STATES COURTS and**
**PARTIES OTHER THAN THE UNITED STATES COURTS**          **DEFENDANTS**

**ORDER**

On October 8, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 7), finding that the Complaint should be dismissed for failure to state a claim or because Defendants are immune from suit.

On October 14, 2025, Plaintiff filed Objections (Doc. 8), arguing that the Magistrate Judge lacked authority to issue an R&R. Plaintiff is incorrect: The Court referred the Motion for Leave to Proceed In Forma Pauperis (Doc. 3) and Motion for Service (Doc. 6) to the Magistrate Judge on September 17, 2025. Plaintiff also argues—for various reasons the Court finds difficult to follow—that his claims are well stated and were brought against persons and/or entities that are subject to suit. The Court has now reviewed the Complaint *de novo* and agrees with the R&R that no valid claims are stated; further, the Court agrees that it is not clear which federal actors are accused of having violated Plaintiff's constitutional rights.

Accordingly, **IT IS ORDERED** that the Objections are **OVERRULED**; the R&R is **ADOPTED IN ITS ENTIRETY**; the Complaint is **DISMISSED WITHOUT PREJUDICE**; and all other pending Motions are **MOOT**.

**IT IS SO ORDERED** on this 15th day of October, 2025.

                                             _/s/ Timothy L. Brooks_
                                             TIMOTHY L. BROOKS
                                             CHIEF UNITED STATES DISTRICT JUDGE